**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BASSAM HAMDAN,**

     **Plaintiff,**

**-vs-**             **Case No. 6:07-cv-1732-Orl-22GJK**

**UNITED STATES ATTORNEY GENERAL; SECRETARY, DEPARTMENT OF HOMELAND SECURITY; DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES; FIELD DIRECTOR, USCIS; DIRECTOR, FEDERAL BUREAU OF INVESTIGATION; DISTRICT DIRECTOR, USCIS,**

     **Defendants.**
_____

## ORDER

This cause is before the Court on the Motion to Reopen and for Contempt (Doc. No. 17) filed on May 5, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

    1.      The Report and Recommendation filed September 16, 2008 (Doc. No. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.      The Motion to Reopen and for Contempt (Doc. No. 17) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 8, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge